IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | CIVIL ACTION |
| | : | NO. 07-3536 |
| v. | : | |
| | : | |
| ZS ASSOCIATES, INC. | : | |

ORDER

AND NOW, this 4th day of November, 2010, after consideration of Synygy, Inc.'s motion to compel production, Novo Nordisk, Inc.'s response, Synygy's reply, and Novo's sur-reply, it is hereby ORDERED that Synygy's motion is DENIED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.