IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | |
| Plaintiff, | : | |
| v. | : | |
| NOVO NORDISK, INC. f/k/a NOVO NORDISK PHARMACEUTICALS, INC., | : | Civil Action No. 07-CV-03536 |
| and | : | |
| ZS ASSOCIATES, INC., | : | |
| Defendants. | : | |
| ZS ASSOCIATES, INC., | : | |
| and | : | |
| ZS ASSOCIATES INTERNATIONAL, INC., | : | |
| Plaintiffs, | : | Civil Action No. 10-CV-04274 |
| v. | : | |
| SYNYGY, INC., | : | |
| Defendant. | : | |

FILED

AUG - 2 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**[PROPOSED] SECOND AMENDED SCHEDULING ORDER**

AND NOW, this 2 day of Aug_____, 2012, it is ORDERED that, by agreement of counsel, the discovery deadlines set forth in the Orders of July 11, 2011 (Docket No. 102) and March 14, 2012 (Docket No. 110) are hereby amended as follows:

1. All fact discovery shall be completed by November 16, 2012;

2. Plaintiff's and counterclaim-plaintiffs' expert reports are due by December 17, 2012;

3. Defendants' and counterclaim-defendant's expert reports are due by January 31, 2013;

4. Plaintiff's and counterclaim-plaintiffs' expert reply reports, if any, are due by February 7, 2013.

5. Expert discovery shall be completed by March 7, 2013.

BY THE COURT

T. D. O'Neill
_____
THOMAS N. O'NEILL, JR., J.