UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| SYNYGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVO NORDISK, INC. f/k/a NOVO NORDISK PHARMACEUTICALS, INC., <br><br> and <br><br> ZS ASSOCIATES, INC., <br><br> Defendants. | Civil Action No. 2:07-cv-03536-TON |

## NOTICE OF SUBSTITUTION OF COUNSEL

Kindly withdraw the appearances of Diane Siegel Danoff, Elisa Wiygul, Joseph R. Heffern, and Sharon Kathleen Gagliardi from Dechert LLP as counsel for defendant/counter-claimant ZS Associates, Inc. in the above-captioned matter.

| | |
|---|---|
| Dechert LLP <br> s/ Diane Siegel Danoff <br> Diane Siegel Danoff <br> 2929 Arch St <br> Philadelphia, PA 19104-2808 <br> 215-994-2179 <br> Fax: 215-655-2179 | Dechert LLP <br> s/ Elisa Wiygul <br> Elisa Wiygul <br> 2929 Arch St <br> Philadelphia, PA 19104-2808 <br> 215-994-2708 <br> Fax: 215-655-2179 |

Dechert LLP
s/Joseph R. Heffern
Joseph R. Heffern
2929 Arch St
Philadelphia, PA 19104-2808
215-994-2327
Fax: 215-994-2222

Dechert LLP
s/ Sharon Kathleen Gagliardi
Sharon Kathleen Gagliardi
2929 Arch St
Philadelphia, PA 19104-2808
215-994-2278
Fax: 215-994-2222

Dated August 30, 2012

Kindly withdraw the appearances of William J. McDonough, Louis W. Schack and Michael Falk from Reed Smith LLP as counsel for defendant Novo Nordisk, Inc. in the above-captioned matter.

Reed Smith LLP
s/William J. McDonough
William J. McDonough
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8281

Reed Smith LLP
s/ Louis W. Schack
Louis W. Schack
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8100

Reed Smith LLP
s/Michael C. Falk
Michael C. Falk
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8222

Dated: August 30, 2012

## ENTRY OF APPEARANCE

Kindly substitute and enter the appearances of David J. Wolfsohn, Aleksander J. Goranin, Kevin M. Bovard, and John F. Murphy from Woodcock Washburn LLP as counsel for defendant/counter-claimant ZS Associates, Inc. and defendant Novo Nordisk, Inc. in the above-captioned matter.

Woodcock Washburn LLP
s/ David J. Wolfsohn
David J. Wolfsohn
Cira Centre
2929 Arch St
Philadelphia, PA 19104-2808
215-564-2222
Fax: 215-568-3439

Woodcock Washburn LLP
s/ Aleksander J. Goranin
Aleksander J. Goranin
Cira Centre
2929 Arch St
Philadelphia, PA 19104-2808
215-564-8915
Fax: 215-568-3439

Woodcock Washburn LLP
s/Kevin M. Bovard
Kevin M. Bovard
Cira Centre
2929 Arch St
Philadelphia, PA 19104-2808
215-564-2727
Fax: 215-568-3439

Woodcock Washburn LLP
s/John F. Murphy
John F. Murphy
Cira Centre
2929 Arch St
Philadelphia, PA 19104-2808
215-564-1603
Fax: 215-568-3439

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| SYNYGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVO NORDISK, INC. f/k/a NOVO NORDISK PHARMACEUTICALS, INC., <br><br> and <br><br> ZS ASSOCIATES, INC., <br><br> Defendants. | Civil Action No. 2:07-cv-03536-TON |

**CERTIFICATE OF SERVICE**

  I, David J. Wolfsohn, hereby certify that on August 30, 2012, I served a true and correct copy of the foregoing Substitution of Counsel via ECF Notification to the following:

Diane Siegel Danoff
Elisa Wiygul
Joseph R. Heffern
Sharon Kathleen Gagliardi
Dechert LLP
2929 Arch St
Philadelphia, PA 19104-2808

William J. McDonough
Louis W. Schack
Michael C. Falk
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

| | |
|---|---|
| Dennis L. Platt<br>William M. Brennan<br>Sweeney & Sheehan<br>1515 Market Street., 15th Fl<br>Philadelphia, PA 19102<br>Sarah Lessie Hopkins<br>Rubin Fortunato PC<br>10 South Leopard Road<br>Paoli, PA 19301 | Justin S. Walker<br>Linda Z. Shi<br>Synygy, Inc.<br>2501 Seaport Drive<br>Chester, PA 19013 |

 

Woodcock Washburn LLP
<u>s/ David J. Wolfsohn</u>
David J. Wolfsohn
Cira Centre
2929 Arch St
Philadelphia, PA 19104-2808
215-564-2222
Fax: 215-568-3439
*Attorney for Defendants ZS Associates, Inc. and Novo Nordisk, Inc.*