IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNYGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK, INC. f/k/a NOVO NORDISK PHARMACEUTICALS, INC.<br><br>and<br><br>ZS ASSOCIATES, INC.<br><br>Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 07-cv-03536- TON <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION OF PLAINTIFF, SYNYGY, INC., FOR A PROTECTIVE ORDER**

For the reasons set forth in the accompanying Brief, which is incorporated herein by reference, Plaintiff, Synygy, Inc., hereby respectfully moves this Honorable Court to enter an Order, in the form attached hereto, granting it a Protective Order.

Date: November 30, 2012          By:      s/Justin S. Walker
                                       Justin S. Walker, Esquire
                                       Assistant General Counsel
                                       Synygy, Inc.
                                       2501 Seaport Drive
                                       Chester, PA 19013
                                       Telephone: (610) 494-3300 ext. 7591
                                       Facsimile: (610) 494-3301
                                       walkerj@synygy.com