## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-cv-03536- TON |
| | : | |
| NOVO NORDISK, INC. f/k/a NOVO | : | |
| NORDISK PHARMACEUTICALS, INC. | : | |
| | : | |
| and | : | |
| | : | |
| ZS ASSOCIATES, INC. | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this_____ day of December 2012, upon consideration of the

Motion for Protective Order filed by Plaintiff, Synygy, Inc., the Brief in support thereof, and the

response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

**BY THE COURT:**

_____
THOMAS N. O'NEILL, JR., J.