IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | CIVIL ACTION |
| | : | No. 07-3536 |
| v. | : | |
| | : | |
| ZS ASSOCIATES, INC., et al. | : | |

## **ORDER**

AND NOW, this 15th day of July, 2013, upon consideration of a motion by defendants Novo Nordisk, Inc., ZS Associates, Inc. and ZS Associates International, Inc. to compel trade secret discovery (Dkt. No. 138), plaintiff Synygy, Inc.'s response thereto (Dkt. No. 143), after oral argument on the motion and consistent with the accompanying memorandum of law, it is ORDERED that defendants' motion is GRANTED IN PART. Plaintiff shall, on or before August 23, 2013 serve on defendants sworn supplemental answers to defendants' interrogatories setting forth with reasonable particularity the trade secrets that Synygy claims were misappropriated.

        *s/Thomas N. O'Neill, Jr.*
        THOMAS N. O'NEILL, JR., J.