IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | CIVIL ACTION |
| | : | No. 07-3536 |
| v. | : | |
| | : | |
| ZS ASSOCIATES, INC., et al. | : | |

## **ORDER**

AND NOW, this 29th day of July, 2013, upon consideration of a motion by ZS Associates, Inc. and ZS Associates International, Inc. to compel documents and testimony within the scope of Synygy, Inc.'s alleged advice-of-counsel waiver of the attorney-client privilege (Dkt. No. 125), Synygy's response thereto (Dkt. No. 131), after oral argument on the motion and consistent with the accompanying memorandum of law, it is ORDERED that the motion is DENIED.

                ___/s/ Thomas O'Neill_____
                THOMAS N. O'NEILL, JR., J.