IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | CIVIL ACTION |
| v. | : | |
| ZS ASSOCIATES, INC., et al | : | NO. 07-3536 |

## ORDER

AND NOW, this 3rd day of March, 2015, it is ORDERED that the attached letter to the Court regarding redactions to the Court's Memorandum and Order of February 11, 2015 is SEALED and IMPOUNDED.

_____
THOMAS N. O'NEILL, JR.,    J.