IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | CIVIL ACTION |
| v. | : | |
| ZS ASSOCIATES, INC., et al | : | NO. 07-3536 |

### O R D E R

AND NOW, this 3rd day of March, 2015, it is ORDERED that the attached redacted Memorandum and Order of February 11, 2015 is deemed filed of record as of February 11, 2015.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR.,     J.