IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | CIVIL ACTION |
| | : | No. 07-3536 |
| v. | : | |
| | : | |
| ZS ASSOCIATES, INC., et al. | : | |

| | | |
|---|---|---|
| ZS ASSOCIATES, INC., et al. | : | CIVIL ACTION |
| | : | No. 10-4274 |
| v. | : | |
| | : | |
| SYNYGY, INC. | : | |

**ORDER**

AND NOW, this 30th day of July, 2015, upon consideration of a summary judgment motion by plaintiff/counterclaim defendant Synygy, Inc. (Dkt. Nos. 37 and 38 in Civ. A. No. 10-4274), the response of defendants/counterclaim plaintiffs ZS Associates, Inc. and ZS Associates International, Inc. (Dkt. No. 39 in Civ. A. No. 10-4274) and Synygy's reply (Dkt. No. 40 in Civ A. No. 10-4274 and Dkt. No. 196 in Civ. A. No. 07-3536), and consistent with the accompanying memorandum of law, it is ORDERED that Synygy's motion is GRANTED IN PART and DENIED IN PART as follows:

1. Synygy's motion is denied to the extent that it seeks judgment in Synygy's favor on ZS' claim under the Lanham Act for injunctive relief; and

2. Synygy's motion is GRANTED in all other respects. JUDGMENT IS ENTERED in favor of Synygy, Inc. and against ZS Associates, Inc. and ZS Associates International, Inc. on Count I (defamation), Count II (commercial disparagement), and, insofar as ZS Associates, Inc. and ZS Associates International, Inc. seek

-2-

monetary relief for their claim under the Lanham Act, on Count III of ZS' complaint in Docket No. 10-4274 and their counterclaims in Docket No. 07-3536.

It is FURTHER ORDERED that, because this Order and the accompanying memorandum of law may contain confidential information, they have been filed under seal pending review by the parties to permit the parties to meet and confer and propose a single jointly redacted version of the Order and the accompanying memorandum of law.  On or before August 17, 2015, the parties shall provide the Court with any proposed redacted Order and accompanying memorandum of law or shall inform the Court that no redactions are required. Thereafter, the Court will issue a publicly-available version of this Order and the accompanying memorandum of law.

　　　　　　　　　　　　　　　　　　　　　　　　_s/Thomas N. O'Neill, Jr._
　　　　　　　　　　　　　　　　　　　　　　　THOMAS N. O'NEILL, JR., J.