UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| SYNYGY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NOVO NORDISK INC. f/k/a NOVO NORDISK PHARMACEUTICALS, INC.,<br><br>    and<br><br>ZS ASSOCIATES, INC.,<br><br>    Defendants. | Civil Action No. 2:07-cv-03536-GAM |

**STIPULATION OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Synygy, Inc., and Defendants, Novo Nordisk Inc. and ZS Associates, Inc., hereby stipulate to the dismissal of the above-captioned civil action with prejudice. Each party shall bear its own costs.

DM2\6804891.1

| BLANK ROME LLP | DUANE MORRIS LLP |
|---|---|
| By: /s/ Jason A. Snyderman<br>Jason A. Snyderman, Esq.<br>Stephen E. Gross, Esq.<br>Matthew Homyk, Esq.<br>BLANK ROME LLP<br>One Logan Square<br>Philadelphia, PA 19103-6998<br>synderman@blankrome.com<br>gross-s@blankrome.com<br>homyk@blankrome.com<br>Tel: (215) 569-5500<br>Fax: (215) 832-5774<br>*Attorneys for Plaintiff Synygy, Inc.* | By: /s/ David J. Wolfsohn<br>David J. Wolfsohn, PA Bar No. 57974<br>Aleksander J. Goranin, PA Bar No. 92452<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>djwolfsohn@duanemorris.com<br>agoranin@duanemorris.com<br>Tel: (215) 979-1000<br>Fax: (215) 979-1020<br><br>*Attorneys for ZS Associates, Inc., ZS Associates International, Inc., and Novo Nordisk Inc.* |

Dated: May 23, 2016