# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| SYNYGY, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>NOVO NORDISK INC. f/k/a NOVO NORDISK PHARMACEUTICALS, INC.,<br>       and<br><br>ZS ASSOCIATES, INC.,<br><br>       Defendants. | Civil Action No. 2:07-cv-03536-GAM |

## STIPULATION OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Synygy, Inc., and Defendants, Novo Nordisk Inc. and ZS Associates, Inc., hereby stipulate to the dismissal of the above-captioned civil action with prejudice. Each party shall bear its own costs.

BLANK ROME LLP

DUANE MORRIS LLP

By: /s/ Jason A. Snyderman
Jason A. Snyderman, Esq.
Stephen E. Gross, Esq.
Matthew Homyk, Esq.
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103-6998
synderman@blankrome.com
gross-s@blankrome.com
homyk@blankrome.com
Tel:    (215) 569-5500
Fax:    (215) 832-5774
*Attorneys for Plaintiff Synygy, Inc.*

By: /s/ David J. Wolfsohn
David J. Wolfsohn, PA Bar No. 57974
Aleksander J. Goranin, PA Bar No. 92452
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
djwolfsohn@duanemorris.com
agoranin@duanemorris.com
Tel:    (215) 979-1000
Fax:    (215) 979-1020

*Attorneys for ZS Associates, Inc., ZS
Associates International, Inc.,
and Novo Nordisk Inc.*

Dated:  May 23, 2016

APPROVED BY THE COURT:

Gerald Austin McHugh, J.      5/24/16

DM2\6804891.1